**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | Number 21-20303 |
| CUSTOM DOCK MFG., INC. | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**APPLICATION FOR APPROVAL OF**
**ATTORNEY'S FEES AND EXPENSES**

Paul A. Schofield ("Trustee"), the duly-qualified and acting trustee of the estate of the above-referenced Debtor,[1] hereby files this application for approval of the fees and actual expenses of Paul A. Schofield ("Attorney") and shows this Court the following:

1. The Attorney was employed as attorney for the estate by prior order of this Court.
2. The Trustee requests authority to pay the Attorney fees in the amount of $6,375.00 and expenses in the amount of $300.27 as detailed on the attached invoice.

WHEREFORE, the Trustee respectfully requests that this Court approve the Attorney's fees in the amount of $6,375.00 and expenses in the amount of $300.27, that the Court authorize the Trustee to pay such amounts, and that this Court grant such other relief as is just and proper under the circumstances.

[1] In cases with joint debtors, all references to the "Debtor" refer to both debtors unless otherwise indicated.

Dated this 23rd day of February, 2023.

/s/ Paul A. Schofield
Paul A. Schofield
Chapter 7 Trustee
Georgia Bar No. 940700
P.O. Box 389
Brunswick, GA 31521
Phone: (912) 275-7018
Fax: (912) 264-6299
trustee@ch7bwk.com

**The Schofield Law Firm, P.C.**
P. O. Box 389
Brunswick, GA 31521
United States
912-275-7018

The Schofield Law Firm, P.C.

**Bankruptcy Estate of Custom Dock Mfg., Inc.**
Paul A. Schofield - Attorney's Fees and Expenses

| | |
|---|---|
| **Balance** | $6,675.27 |
| **Invoice #** | 00407 |
| **Invoice Date** | February 23, 2023 |
| **Payment Terms** | Net 30 |
| **Due Date** | March 25, 2023 |

## In re Custom Dock Mfg., Inc. (21-20303)

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 01/19/2022 | PAS | Meeting | Meeting with creditor re evidence of transfers from the Debtor to insiders | $250.00 | 1.1 | $275.00 |
| 01/28/2022 | PAS | Phone Call | Phone conversation with attorney for creditors re pursuit of potential assets and claims against the Debtor | $250.00 | 0.4 | $100.00 |
| 02/07/2022 | PAS | Document Review | Review documents needed to examine transactions involving the Debtor and the principal's related companies | $250.00 | 0.4 | $100.00 |
| 02/07/2022 | PAS | E-Mail | E-Mail document request to Debtor's attorney | $250.00 | 0.2 | $50.00 |
| 02/08/2022 | PAS | E-Mail | E-Mail Debtor's attorney re document request | $250.00 | 0.1 | $25.00 |
| 02/08/2022 | PAS | E-Mail | E-Mail attorney for creditor re information on the Debtor and potential transfers of assets | $250.00 | 0.2 | $50.00 |
| 02/10/2022 | PAS | Phone Call | Phone conversation with Debtor's counsel re request for additional documents | $250.00 | 0.1 | $25.00 |
| 02/14/2022 | PAS | E-Mail | E-Mail Debtor's attorney re receipt of Custom Dock documents | $250.00 | 0.1 | $25.00 |
| 03/08/2022 | PAS | E-Mail | E-Mail attorney for creditor re status of case | $250.00 | 0.1 | $25.00 |
| 03/17/2022 | PAS | Research | Review liens and priority of liens and property to which they may attach | $250.00 | 0.5 | $125.00 |
| 03/17/2022 | PAS | E-Mail | E-Mail attorney for judgment lien holder re attachment of lien to certain property | $250.00 | 0.2 | $50.00 |
| 03/30/2022 | PAS | E-Mail | E-Mail superior court staff attorney re status of bankruptcy and effect on superior court case | $250.00 | 0.3 | $75.00 |
| 03/30/2022 | PAS | Document Review | Review financial information provided by the Debtor | $250.00 | 0.9 | $225.00 |
| 03/30/2022 | PAS | E-Mail | E-Mail Debtor's attorney re additional documents needed | $250.00 | 0.1 | $25.00 |
| 04/12/2022 | PAS | Document Review | Review financial documents provided by the Debtor | $250.00 | 0.6 | $150.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/11/2022 | PAS | Document Preparation | Prepare letter to creditor's attorney re perfection of judgment lien against company property | $250.00 | 0.8 | $200.00 |
| 05/13/2022 | PAS | Document Review | Review withdrawals from company checking accounts and e-mail Debtor's attorney | $250.00 | 0.4 | $100.00 |
| 05/13/2022 | PAS | Document Review | Review e-mail from creditor's attorney, review documents and respond to e-mail re judgment liens | $250.00 | 0.4 | $100.00 |
| 05/18/2022 | PAS | Phone Call | Phone conversation with Debtor's counsel re potential settlement of all claims against Debtor and principal | $250.00 | 0.4 | $100.00 |
| 05/18/2022 | PAS | Document Review | Review Custom Dock payments to insiders and/or trade creditors/contractors | $250.00 | 0.5 | $125.00 |
| 05/19/2022 | PAS | Phone Call | Left message for attorney for judgment lien holder re potential settlement of claims | $250.00 | 0.1 | $25.00 |
| 05/20/2022 | PAS | Phone Call | Phone conversation with attorney for creditor re potential settlement of estate's claims | $250.00 | 0.3 | $75.00 |
| 05/24/2022 | PAS | Phone Call | Phone conference with creditor's attorneys re possible global settlement of all claims | $250.00 | 1.0 | $250.00 |
| 05/25/2022 | PAS | Phone Call | Phone conversation with creditor's counsel re potential settlement of claims | $250.00 | 0.3 | $75.00 |
| 05/26/2022 | PAS | Phone Call | Phone conversation with Debtor's counsel re potential settlement of claims | $250.00 | 0.3 | $75.00 |
| 06/21/2022 | PAS | Phone Call | Phone conversation with Debtor's counsel re potential settlement of claims | $250.00 | 0.1 | $25.00 |
| 07/01/2022 | PAS | Phone Call | Phone conversation with Debtor's counsel re potential global settlement | $250.00 | 0.2 | $50.00 |
| 07/01/2022 | PAS | Phone Call | Left message for creditor's attorney re potential global settlement | $250.00 | 0.1 | $25.00 |
| 07/05/2022 | PAS | Phone Call | Phone conversation with attorney for creditor re proposed settlement | $250.00 | 0.2 | $50.00 |
| 07/18/2022 | PAS | Phone Call | Phone conversation with Debtor's attorney re status of settlement offer | $250.00 | 0.1 | $25.00 |
| 07/20/2022 | PAS | Phone Call | Phone conversation with creditor's attorney re potential settlement | $250.00 | 0.3 | $75.00 |
| 07/22/2022 | PAS | E-Mail | E-Mail superior court staff attorney re status of bankruptcy | $250.00 | 0.2 | $50.00 |
| 08/04/2022 | PAS | Phone Call | Left message for creditor's attorney re potential settlement of claims | $250.00 | 0.1 | $25.00 |
| 08/05/2022 | PAS | Phone Call | Phone conversation with creditor's attorney re possible settlement of claims against Debtor's principal | $250.00 | 0.1 | $25.00 |
| 08/19/2022 | PAS | Document Preparation | Prepare and file objection to secured claim (Claim 1) | $250.00 | 0.4 | $100.00 |
| 08/29/2022 | PAS | Phone Call | Phone conversation with Debtor's attorney re potential settlement | $250.00 | 0.1 | $25.00 |
| 08/30/2022 | PAS | Phone Call | Left message for creditor's attorney re potential settlement of all claims | $250.00 | 0.1 | $25.00 |
| 08/31/2022 | PAS | Phone Call | Phone conversation with creditor's counsel re potential settlement | $250.00 | 0.2 | $50.00 |
| 09/01/2022 | PAS | Phone Call | Phone conversation with Debtor's counsel re potential settlement and e-mail to creditor's counsel re potential settlement | $250.00 | 0.3 | $75.00 |
| 09/02/2022 | PAS | Phone Call | Phone conversation with Debtor's counsel re global settlement and process for court approval | $250.00 | 0.3 | $75.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/02/2022 | PAS | Phone Call | Phone conversation with creditor's counsel re Debtor's settlement offer | $250.00 | 0.2 | $50.00 |
| 09/08/2022 | PAS | Phone Call | Phone conference with creditor's attorneys re potential settlement | $250.00 | 0.4 | $100.00 |
| 09/08/2022 | PAS | Phone Call | Phone conversation with creditor's attorney re potential settlement | $250.00 | 0.1 | $25.00 |
| 09/09/2022 | PAS | Document Review | Review creditor's attorney's e-mail re objection to POC, review documents, and e-mail creditor's attorney | $250.00 | 0.9 | $225.00 |
| 09/13/2022 | PAS | Research | Review documentation, research case law, and request further documents from creditor re validity of debt | $250.00 | 0.9 | $225.00 |
| 09/13/2022 | PAS | Phone Call | Phone conversation with creditor's attorney re settlement | $250.00 | 0.2 | $50.00 |
| 09/14/2022 | PAS | E-Mail | E-Mail Debtor's attorney re creditor's acceptance of settlement | $250.00 | 0.1 | $25.00 |
| 09/15/2022 | PAS | E-Mail | E-Mail creditor's attorney re objection to claim | $250.00 | 0.1 | $25.00 |
| 09/19/2022 | PAS | Document Preparation | Review amended proof of claim and prepare withdrawal of objection to claim | $250.00 | 0.3 | $75.00 |
| 09/20/2022 | PAS | Document Preparation | Prepare motion to approve settlement and motion to sell property | $250.00 | 3.2 | $800.00 |
| 09/21/2022 | PAS | Document Preparation | Revise motions to approve settlement and sell equipment and e-mail draft to Debtor's counsel | $250.00 | 0.6 | $150.00 |
| 09/21/2022 | PAS | Document Preparation | Prepare and file application to employ accountant | $250.00 | 0.2 | $50.00 |
| 09/23/2022 | PAS | Phone Call | Phone conversation with Debtor's counsel re proposed settlement motion | $250.00 | 0.1 | $25.00 |
| 09/30/2022 | PAS | E-Mail | E-Mail Debtor's counsel re proposed settlement motion and order | $250.00 | 0.3 | $75.00 |
| 10/04/2022 | PAS | Document Preparation | Prepare amended application to employ accountant | $250.00 | 0.3 | $75.00 |
| 10/05/2022 | PAS | Document Preparation | Revise settlement motion and e-mail to Debtor's counsel | $250.00 | 0.3 | $75.00 |
| 10/07/2022 | PAS | Document Review | Review proposed changes to settlement motion from Debtor's counsel and review settlement agreement and release; e-mail Debtor's and creditor's counsel | $250.00 | 0.6 | $150.00 |
| 10/12/2022 | PAS | Document Review | Review release language request an contact Debtor's counsel re adding release of creditors | $250.00 | 0.2 | $50.00 |
| 10/17/2022 | PAS | Phone Call | Phone conversation with creditor's attorney re global release | $250.00 | 0.1 | $25.00 |
| 10/24/2022 | PAS | Document Preparation | Revise release agreement and e-mail to Debtor's counsel for review | $250.00 | 0.5 | $125.00 |
| 10/24/2022 | PAS | Phone Call | Phone conversation with Debtor's counsel re mutual release | $250.00 | 0.1 | $25.00 |
| 10/24/2022 | PAS | E-Mail | E-Mail attorney for creditor re settlement and release | $250.00 | 0.1 | $25.00 |
| 10/26/2022 | PAS | Document Preparation | Revise and file motion to approve settlement and motion to sell and e-mail consent order to parties for execution | $250.00 | 0.2 | $50.00 |
| 10/28/2022 | PAS | E-Mail | E-Mail superior court clerk re scheduled status conference | $250.00 | 0.2 | $50.00 |
| 10/31/2022 | PAS | Document Preparation | Revise motion to approve settlement and motion to sell | $250.00 | 0.4 | $100.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2022 | PAS | Document Preparation | Revise, file and serve motion to approve settlement and motion to sell | $250.00 | 0.3 | $75.00 |
| 11/01/2022 | PAS | E-Mail | E-Mail superior court clerk re filing of settlement motion | $250.00 | 0.1 | $25.00 |
| 11/29/2022 | PAS | E-Mail | E-Mail creditor's attorney re approval of settlement | $250.00 | 0.2 | $50.00 |
| 12/05/2022 | PAS | E-Mail | E-Mail Debtor's attorney re finalization of settlement and next steps | $250.00 | 0.1 | $25.00 |
| 12/08/2022 | PAS | Court Preparation | Prepare for hearing on motion to sell | $250.00 | 0.4 | $100.00 |
| 12/08/2022 | PAS | Court | Attend hearing on motion to sell | $250.00 | 0.6 | $150.00 |
| 12/12/2022 | PAS | E-Mail | E-Mail settlement confirmation and release agreement to parties | $250.00 | 0.2 | $50.00 |
| 12/12/2022 | PAS | E-Mail | E-Mail superior court staff attorney re settlement completion | $250.00 | 0.1 | $25.00 |
| 12/22/2022 | PAS | Document Preparation | Prepare and file report of sale | $250.00 | 0.1 | $25.00 |
| 01/20/2023 | PAS | E-Mail | E-Mail creditor's counsel re dismissal of superior court lawsuit and status of payments | $250.00 | 0.2 | $50.00 |
| | | | | Totals: | **25.5** | **$6,375.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 05/13/2022 | PAS | Postage | Postage for letter to judgment lien creditor's attorney | $0.53 | 1.0 | $0.53 |
| 11/01/2022 | PAS | Filing Fee | Filing fee for motion to sell | $188.00 | 1.0 | $188.00 |
| 11/01/2022 | PAS | Postage | Postage for motion to approve settlement and motion to sell | $0.57 | 57.0 | $32.49 |
| 11/01/2022 | PAS | Copy Fee | Copy fee for motion to approve settlement and motion to sell | $0.25 | 279.0 | $69.75 |
| 02/23/2023 | PAS | Postage | Postage for letters to IRS and GA DOR re ongoing tax liability | $4.75 | 2.0 | $9.50 |
| | | | | | Expense Total: | **$300.27** |

| | |
|---|---|
| Time Entry Sub-Total: | $6,375.00 |
| Expense Sub-Total: | $300.27 |
| **Sub-Total:** | $6,675.27 |
| **Total:** | $6,675.27 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$6,675.27** |