# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Custom Dock MFG., INC,**
   Debtor.

Case No.: 21–20303–MJK

Judge: Michele J. Kim

Chapter: 7

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

Paul A. Schofield is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and the case of the above debtor is closed.

                                Michele J. Kim,
                                United States Bankruptcy Judge
                                801 Gloucester St, Rm 314
                                Brunswick, GA 31520

Dated: October 2, 2023

*B272 [07/14]* **RED**